IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>JOSE FABIAN CORTEZ,  )<br>  )<br>Defendant.  ) | Case No. 8:10CR158<br><br>ORDER |

This case is before the court on the defendant's Motion to Reconsider Detention [186]. The motion is denied.

Defendant elected to have a detention hearing in the District of Arizona on August 25, 2010. After reviewing the August 20, 2010 Pretrial Services report, I find the defendant remains both a flight risk and a danger. This is especially true given the defendant's substantial prior criminal record.

**IT IS ORDERED** that defendant's Motion to Reconsider Detention [186] is denied without hearing, as it presents no additional facts which would cause the court to change its previous ruling.

Dated this 29th day of November, 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge